# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

133695

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DESTREY SHANE McCOY,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 133695
COA: 275627
Allegan CC: 05-014347-FC

On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered. We DIRECT appellate counsel, David G. Grunst (P36420), to file a supplemental brief addressing the reason(s) for his failure to timely file the defendant's delayed application for leave to appeal in the Court of Appeals, which led to administrative dismissal of the application on jurisdictional grounds. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

l0905